# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 27, 2022

**Via Email**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Luis Casado Calderon**
   **21 Cr. 748 (CM)**

Dear Judge McMahon,

I represent Mr. Casado Calderon in the above-captioned case. New information came to light this week that revealed a conflict in Federal Defenders' representation of Mr. Casado Calderon. I have informed the government by Assistant United States Attorney Kevin Mead of the situation.

Therefore, I ask that the Court schedule a conference at which Mr. Casado can be appointed conflict-free counsel from the CJA panel.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Casado
212-417-8729

---

*Handwritten note from Judge:*

Matter scheduled for June 9, 2022 at 12:45pm, to discuss defendant's representation and possible substitution of counsel.

So ordered.
[signature] /Colleen McMahon/ USDJ
Part 1
5/31/22