# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 9, 2022

**MEMO ENDORSED**
6/9/22

The Federal Defenders are relieved and Steven Brill is assigned to represent defendant pursuant to CJA.

*[signature] Colleen McMahon*

<u>Via Email</u>
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Luis Casado Calderon</u>
      21 Cr. 748 (CM)

Dear Judge McMahon,

    As we previously informed the Court, the Federal Defenders can no longer represent Mr. Casado Calderon in the above-captioned case because of a substantive conflict. CJA Panel attorney Steven Brill, Esq. is today's duty attorney and is available to take the case. Mr. Casado Calderon and Mr. Brill met this afternoon and I will provide my file to Mr. Brill shortly.

    Therefore, I ask that the Court relieve Federal Defenders and appoint Mr. Brill as defense counsel. The government by Assistant United States Attorney Kevin Mead has no objection to this request.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Casado Calderon
212-417-8729

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/22
```