

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 30, 2022

**MEMO ENDORSED**
7/7/22

Case Adj. to Sept. 29, 2022
At 2 PM — time excluded
through Sept 29, in the
interest of justice, to
facilitate plea
discussions.

**BY ECF**
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Luis Manuel Casado Calderon*, 21 Cr. 748 (CM)

Dear Judge McMahon:

The parties write jointly to seek a 60-day adjournment of the status conference currently scheduled for July 14, 2022, because the parties are continuing to productively discuss a pretrial resolution in this case, and because current counsel for the defendant was only appointed on June 9, 2022.

The Government also respectfully requests that time be excluded under the Speedy Trial Act between July 14 and the date of the next conference. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review discovery and the parties to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

*[Signature: Colleen McMahon]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/22