

**SULLIVAN|BRILL**
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

MEMO ENDORSED

February 28, 2023

2/28/23

**VIA ECF**
Honorable Colleen McMahon
United States District Judge -SDNY
500 Pearl St.
New York, NY 10007-1312

Sentencing Adj to May 10, 2023 at 2:30 p.m.

Re: *United States v. Luis Casado-Calderon*
Ind. # 21 Cr. 748 (CM)

*/s/ Colleen McMahon*

Dear Judge McMahon:

I represent Mr. Casado-Calderon who is scheduled for sentencing on March 15, 2023.

I am respectfully seeking a 60-day extension of Mr. Casado-Calderon's sentencing hearing. Mr. Calderon has recently completed back surgery, which included disc fusion and the insertion of hardware in multiple areas in his spine.

The government consents.

Thank you for your attention and consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP

By: Steven Brill

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/23