# SULLIVAN|BRILL
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

**MEMO ENDORSED**

April 28, 2023

5/1/23

Sentencing Adjourned to June 14, 2023 at 2:30 p.m.

VIA ECF
Honorable Colleen McMahon
United States District Judge -SDNY
500 Pearl St.
New York, NY 10007-1312

*/s/ Colleen McMahon*

Re: *United States v. Luis Casado-Calderon*
Ind. # 21 Cr. 748 (CM)

Dear Judge McMahon:

I represent Mr. Casado-Calderon who is scheduled for sentencing on May 11, 2023.

I am respectfully seeking a 30-day extension for Mr. Calderon to continue his medical treatment for his back injuries, and for me to finalize my sentencing submission. June 12 or 14th works if agreeable to the Court.

The government consents.

Thank you for your attention and consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP

By: Steven Brill

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/23