

**SULLIVAN|BRILL**
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

MEMO ENDORSED

September 13, 2023

9/18/23

**VIA ECF**
Honorable Colleen McMahon
United States District Judge -SDNY
500 Pearl St.
New York, NY 10007-1312

Surrender date Extended to November 6, 2023, before 2pm.

Re: *United States v. Luis Casado-Calderon*
Ind. # 21 Cr. 748 (CM)

*[signed] Colleen McMahon*

Dear Judge McMahon:

   I represent Mr. Casado-Calderon who has been previously sentenced to 36 months and is scheduled to surrender on September 18, 2023 by 2pm.

   Mr. Calderon has reached out to me and informed me that he continues to suffer from a cervicle injury stemming from a previous car accident. He has sent me a letter from his medical providers at *Total Orthopedics and Sports Medicine* who advise that "Mr. Calderon is recommend to continue Physical Therapy, prescribed pain medication and wear a cervical collar for pain control as needed at this time...He is 100% totally disability at this time. Do not recommend heavy lifting, prolonged activities, driving while in the recovery phase."

   Mr. Calderon therefore requests that Your Honor extend his surrender date for six (6) weeks so he can engage in the recommended physical therapy.

   Thank you for your attention and consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP

*[signature]*

By: Steven Brill

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/23