**SULLIVAN|BRILL**
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

[STAMP: ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2023]

October 30, 2023

[Handwritten note: 10/30/23
Surrender date Extended to January 8, 2024. No further Extension will be granted.
Colleen McMahon]

**VIA ECF**
Honorable Colleen McMahon
United States District Judge -SDNY
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Luis Casado-Calderon*
Ind. # 21 Cr. 748 (CM)

Dear Judge McMahon:

    I represent Mr. Casado-Calderon who has been previously sentenced to 36 months and is scheduled to surrender on November 6, 2023, as a result of a surrender extension Your Honor previously granted.

    Mr. Calderon has reached out to me today and informed me that he presently has medical appointments related to a prior neck and back injury scheduled for November 30 and December 7. Mr. Calderon has furnished me with letters from his attorney confirming these appointments and indicating that the appointments are Independent Medical Examinations requested by the defendant in a pending personal injury lawsuit.

    Mr. Calderon therefore requests that Your Honor extend his surrender date for ninety days so he can attend these examinations and continue medical treatment.

    Thank you for your attention and consideration.

                                Very Truly Yours,

                                SULLIVAN|BRILL, LLP

                                By: Steven Brill