UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

21-CR-748-01 (CM)

Luis Manuel Casado Calderon,

Defendant.

## ORDER REGARDING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE OR REDUCTION OF SENTENCE

McMahon, J.:

Defendant has filed a motion asking the Court to grant him compassionate release or, in

the alternative, to reduce his sentence. (ECF Documents 63).

The Government is to respond to the motion within 30 days.

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for

the Southern District of New York that this order has been issued.

Dated: June 24, 2024
New York, New York

COLLEEN McMAHON
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/24